IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60228
Summary Calendar

_____

RICARDO MATA,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
BIA No. A35 518 702

- - - - - - - - - - -
July 7, 1998
Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:[*]

Ricardo Mata petitions for review of the Board of Immigration Appeals' decision denying section 212(c) relief from deportation. Respondent moves the court to dismiss the petition for lack of jurisdiction.

This court lacks jurisdiction to review Mata's petition. See Nguyen v. INS, 117 F.3d 206, 207 (5th Cir. 1997). IT IS ORDERED that Respondent's motion to dismiss is GRANTED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PETITION DISMISSED; MOTION GRANTED.